FILED
2005 Jul-22 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT JAMES EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 02-KOB-RRA-2805-S |
| ) | |
| SGT. EARL PICKET and ) | |
| WARDEN RALPH HOOKS, ) | |
| ) | |
| Defendant. ) | |

ORDER

The magistrate judge filed a report and recommendation on June 15, 2005, recommending that the defendants' special report be treated as a motion for summary judgment and as such that it be denied. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the defendants' special report is treated as a motion for summary judgment and as such it is **DENIED**. This matter is referred to the magistrate judge for further proceedings.

The Clerk is DIRECTED to serve a copy of this order upon the plaintiff and upon counsel for the defendants.

DONE and ORDERED this 22nd day of July 2005.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE